NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE RESEARCH FOUNDATION OF STATE UNIVERSITY OF NEW YORK,**
*Plaintiff,*
AND

**NEW YORK UNIVERSITY,**
*Plaintiff-Cross Appellant,*
AND

**GALDERMA LABORATORIES INC. AND GALDERMA LABORATORIES, L.P.,**
*Plaintiffs-Cross Appellants,*

v.

**MYLAN PHARMACEUTICALS INC.,**
*Defendant-Appellant,*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**MYLAN PHARMACEUTICALS INC.,**
*Plaintiff-Appellant,*

v.

**GALDERMA LABORATORIES INC. AND GALDERMA LABORATORIES, L.P.,**
*Defendants-Cross Appellants,*
AND

**SUPERNUS PHARMACEUTICALS, INC.,**
*Defendant-Appellee.*

---

2012-1523, -1524, -1555, -1556, -1557

---

Appeals from the United States District Court for the District of Delaware in case nos. 09-CV-0184 and 10-CV-0892, Judge Leonard P. Stark.

---

## THE RESEARCH FOUNDATION OF STATE UNIVERSITY OF NEW YORK,
*Plaintiff,*

AND

## SUPERNUS PHARMACEUTICALS, INC.,
*Plaintiff-Appellee,*

AND

## NEW YORK UNIVERSITY,
*Plaintiff-Cross Appellant,*

AND

## GALDERMA LABORATORIES INC. AND GALDERMA LABORATORIES, L.P.,
*Plaintiffs-Cross Appellants*

v.

## IMPAX LABORATORIES, INC.,
*Defendant-Appellant.*

---

2012-1545, -1546, -1590, -1591, -1592

---

3     RESEARCH FOUNDATION V. MYLAN PHARMACEUTICALS

Appeals from the United States District Court for the District of Delaware in case nos. 09-CV-0703 and 11-CV-0477, Judge Leonard P. Stark.

---

**GALDERMA LABORATORIES INC. AND GALDERMA LABORATORIES, L.P.,**
*Plaintiffs-Cross Appellants,*

**AND**

**SUPERNUS PHARMACEUTICALS, INC.,**
*Plaintiff-Appellee,*

**v.**

**LUPIN LIMITED AND LUPIN PHARMACEUTICALS, INC.,**
*Defendants-Appellants.*

---

2012-1566, -1596

---

Appeals from the United States District Court for the District of Delaware in case no. 10-CV-1112, Judge Leonard P. Stark.

---

**THE RESEARCH FOUNDATION OF STATE UNIVERSITY OF NEW YORK,**
*Plaintiff,*

**AND**

**NEW YORK UNIVERSITY,**
*Plaintiff-Appellant,*

**AND**

# GALDERMA LABORATORIES INC. AND GALDERMA LABORATORIES, L.P.,
*Plaintiffs-Appellants*

v.

# LUPIN LIMITED AND LUPIN PHARMACEUTICALS, INC.,
*Defendants-Cross Appellants.*

---

2012-1597, -1598, -1599

---

Appeals from the United States District Court for the District of Delaware in case no. 09-CV-0483, Judge Leonard P. Stark.

---

## ON MOTION

---

## ORDER

Upon consideration of Galderma Laboratories Inc., et al.'s unopposed motions to consolidate the above captioned appeals and set the briefing schedule,

IT IS ORDERED THAT:

(1) The motions are granted. Mylan Pharmaceuticals, Inc., Impax Laboratories, Inc., Lupin Limited, and Lupin Pharmaceuticals, Inc.'s principal briefs are due October 1, 2012. Galderma Laboratories Inc., Galderma Laboratories, L.P., Supernus Pharmaceuticals, Inc., and New York University's principal and response briefs are due November 13, 2012. Mylan, Impax, and Lupin's re-

5          RESEARCH FOUNDATION V. MYLAN PHARMACEUTICALS

sponse/reply briefs are due December 26, 2012. Galderma and New York University's reply briefs are due January 11, 2013.

(2)  The revised official caption is reflected above.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s26